UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:20-cv-60061-AHS**

ADRIANA BARBIERI,
individually and on behalf of all,
others similarly situated,

       **CLASS ACTION**

   Plaintiff,

       **JURY TRIAL DEMANDED**

v.

AEG PRESENTS SE, LLC,

   Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Adriana Barbieri, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Adriana Barbieri, individually, are hereby dismissed <u>without</u> prejudice.

Date: April 28, 2020

          Respectfully submitted,

          **HIRALDO P.A.**
          401 E. Las Olas Boulevard, Suite 1400
          Ft. Lauderdale, Florida 33301

          */s/ Manuel S. Hiraldo*
          Manuel S. Hiraldo
          Florida Bar No. 030380
          Email: mhiraldo@hiraldolaw.com
          Telephone: 954.400.4713
          *Counsel for Plaintiff*